**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ROGERS, an individual;<br><br>        Plaintiff,<br><br>    v.<br><br>FIRSTGROUP AMERICA, INC., a corporate entity form unknown;  and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.: 8:20-cv-02449-CJC-JDE<br>Assigned for all purposes to the<br>Hon. Judge Cormac J. Carney<br><br>**ORDER GRANTING PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Paula Rogers's entire action as against all parties is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED**

Dated:   October 19, 2021

Honorable Cormac J. Carney
United States District Judge